■ Liza A. Turner, Individually, and as Administratrix of the Estate of Brian K. Turner, Deceased, and as Parent and Natural Guardian of Courtney Turner and Others, Infants, Respondent, v Steve M. Vulcan et al., Defendants, and Baldwinsville Lodge No. 644, Loyal Order of Moose, Appellant. [893 NYS2d 783]—Appeal from an order of the Supreme Court, Onondaga County (Brian F. DeJoseph, J.), entered December 1, 2008 in an action for, inter alia, wrongful death. The order, insofar as appealed from, denied in part the motion of defendant Baldwinsville Lodge No. 644, Loyal Order of Moose, for summary judgment.

Now, upon reading and filing the stipulation discontinuing appeal signed by the attorneys for the parties to the appeal on December 1, 2009, it is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Smith, J.P., Peradotto, Lindley, Green and Gorski, JJ.

■ Ellis Clark Wellman, Jr., Respondent, v Ronald V. Ajello, Appellant, et al., Defendant. (Appeal No. 1.) [893 NYS2d 910]—Appeal from an order of the Supreme Court, Oneida County (John W. Grow, J.), entered January 7, 2009 in an action pursuant to RPAPL article 15. The order, among other things, denied the motion of defendant Ronald V. Ajello for a directed verdict.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens*, 155 AD2d 435 [1989]; *see also* CPLR 5501 [a] [1]). Present—Smith, J.P., Peradotto, Lindley, Green and Gorski, JJ.